**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Melissa Cochell, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Pokorny Chiropractic Clinic, David | ) | |
| Pokorny, D.C., Richard Pokorny, D.C., | ) | |
| Sheldon Gordon, D.C., and Jeffrey D. | ) | |
| Pokorny, D.C., | ) | |
| | ) | Case No.  1:09-cv-031 |
| Defendants. | ) | |

Before the court are the Plaintiff's motions for attorneys James M. Ragain and John R. Christensen to appear *pro hac vice* on her behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys James M. Ragain and John R. Christensen  have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  They have also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motions (Docket Nos.  3 and 4 ) are **GRANTED**.  Attorneys James M. Ragain and John R. Christensen are admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

   **IT IS SO ORDERED.**

   Dated this 13th day of July, 2009.


                              */s/ Charles S. Miller, Jr.*
                              Charles S. Miller, Jr.
                              United States Magistrate Judge