**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Melissa Cochell, )<br>)<br>    Plaintiff, )<br>)<br> vs. )<br>)<br>Pokorny Chiropractic Clinic, )<br>David Pokorny, DC, Richard Pokorny, DC, )<br>Sheldon Gordon, DC, )<br>Jeffrey D. Pokorny, DC, )<br>)<br>    Defendants. ) | **ORDER OF DISMISSAL**<br>**AS TO DEFENDANT DAVID**<br>**POKORNY**<br><br><br><br>Case No. 1:09-cv-031 |

___

  Before the Court is the plaintiff's "Notice of Voluntary Dismissal" filed on July 30, 2009. See Docket No. 15. The plaintiff requests a dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court **ADOPTS** the plaintiff's notice and **ORDERS** that the action be dismissed as to defendant David Pokorny, with prejudice and without costs pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

  **IT IS SO ORDERED**.

  Dated this 14th day of August, 2009.

                */s/ Daniel L. Hovland*
                Daniel L. Hovland, Chief Judge
                United States District Court