**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Melissa Cochell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER (AMENDED)** |
| vs. | ) | |
| | ) | |
| Pokorny Chiropractic Clinic, David | ) | |
| Pokorny, D.C., Richard Pokorny, D.C., | ) | |
| Sheldon Gordon, D.C., and Jeffrey D. | ) | |
| Pokorny, D.C., | ) | |
| | ) | Case No. 1:09-cv-031 |
| Defendants. | ) | |

The court held a scheduling conference with the parties on September 10, 2009. Pursuant to the parties discussions, it is **ORDERED**:

1. The court shall defer ruling on Defendant Pokorny Chiropractic Clinic's Motion to Dismiss to allow for discovery and the submission of supplemental briefs from the parties;

2. Defendant Pokorny Chiropractic Clinic's shall have until January 5, 2010, to file a supplemental brief in support its motion.

3. Responses to the Defendant Pokorny Chiropractic Clinic's supplemental brief are due by January 20, 2010.

Dated this 11th day of September, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge