**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Melissa Cochell, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Pokorny Chiropractic Clinic, David Pokorny, D.C., Richard Pokorny, D.C., Sheldon Gordon, D.C., and Jeffrey Pokorny, D.C., | ) ) ) ) | |
| | ) | Case No.  1:09-cv-031 |
| Defendants. | ) | |

_____

The court, in an order dated September 10, 2009, advised the parties that it would defer its ruling on Defendant Pokorny Chiropractic Clinic's Motion to Dismiss to allow for discovery and the submission of supplemental briefs.  Defendant Pokorny Chiropractic Clinic was given until January 5, 2010, to file a supplemental brief in support of its motion.  Responses to its supplemental briefs were to be filed by January 20, 2010.

On January 22, 2010, the parties filed a Stipulation to Extend Deadlines.  The court **ADOPTS** the parties' stipulation  (Docket No.  32) and **ORDERS**:

1. Defendant Pokorny Chiropractic Clinic shall have until February 8, 2010 to file a supplemental brief in support of its motion; and

2. Responses to defendant Pokorny Chiropractic Clinic's supplemental brief shall be due by February 23, 2010.

Dated this 25th day of January, 2010.

/s/  Charles S.  Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge